# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRCO JOVANOVIC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-384-Orl-28KRS**

**OCEAN PINES, INC., ET AL.,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** **PARTIES' JOINT NOTICE OF SETTLEMENT, MOTION FOR APPROVAL OF SETTLEMENT, MOTION TO DISMISS CASE WITH PREJUDICE (Doc. No. 33)**
>
> **FILED:** April 13, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    The Court has been advised by the parties that the above-styled action has been completely settled and the parties stipulate to dismissal with prejudice.  On April 24, 2006, in accordance with the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, I held a hearing to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

    Based upon the information proffered by counsel at the hearing, I conclude that the settlement is a reasonable compromise of issues actually in dispute.  Specifically, counsel for Plaintiff Mirco

Jovanovic represented at the hearing that Jovanovic initially sought $7,706.25 for payment of overtime wages and liquidated damages, for violations of the overtime provisions of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*. *See* Doc. No. 35. Of the agreed settlement amount, Jovanovic will receive $6,000, which would fully compensate him for the overtime hours worked. Doc. No. 30-2 at 2. To the extent Jovanovic's claim for liquidated damages under the FLSA was compromised, the plaintiff indicated that the claim was compromised due to undocumented hours worked by Jovanovic and the affirmative defenses asserted by the defendant. Jovanovic was present at the hearing, and he agreed to the settlement amount.

Based on the foregoing, I respectfully recommend that the Court dismiss the case with prejudice, pursuant to the agreement of the parties, and direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy