**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRCO JOVANOVIC,

           **Plaintiff,**

-vs-                                                 Case No. 6:05-cv-384-Orl-28KRS

OCEAN PINES, INC., JOHN RICHARD,
ALAN SPRING, COLLEEN SPRING,

           **Defendants.**

## ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, Motion to Dismiss Case with Prejudice (Doc. No. 33) filed April 13, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 26, 2006 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Parties' Joint Notice of Settlement, Motion for Approval of Settlement, Motion to Dismiss Case with Prejudice (Doc. No. 33) is **GRANTED**. The Clerk of Court is directed to close this case.

DONE and ORDERED in Chambers, Orlando, Florida this __28__ day of April, 2006.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party